IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HENRY RASULALLAH and BARBARA
A. RASULALLAH                                                                    PLAINTIFFS

v.                               No. 3:25-cv-157-DPM

LARRY CRAIN, JR., Owner, Crain
Chevrolet and GM FINANCIAL                                          DEFENDANTS

### ORDER

Barbara Rasulallah didn't sign the complaint. *Doc. 1.* Henry Rasulallah, as a *pro se* plaintiff, can't represent her interests in this case. *Steele v. City of Bemidji,* 257 F.3d 902, 905 (8th Cir. 2001). Either the Rasulallahs must file an amended complaint by 14 November 2025 signed by her, too, or the Court will dismiss her from the case.

The next issue is service. Henry has paid the filing fee. *Doc. 1.* The Court directs the Clerk to issue summonses and provide them to Henry. He must serve process—the summons and the complaint (or any amended complaint)—on each defendant. Fed. R. Civ. P. 4(c). For good cause, the Court also extends the time for service until 12 December 2025. Fed R. Civ. P. 4(m).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 October 2025