IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HENRY RASULALLAH and
BARBARA RASULALLAH                                                      PLAINTIFFS

v.                        No. 3:25-cv-157-DPM

LARRY CRAIN, JR., Owner, Crain
Chevrolet and GM FINANCIAL                                              DEFENDANTS

## ORDER

The Rasulallahs haven't filed an amended complaint. Doc. 2. Barbara's claims are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2025