**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HENRY RASULALLAH**                                                      **PLAINTIFF**

**v.**                                        **No. 3:25-cv-157-DPM**

**LARRY CRAIN, JR., Owner, Crain**
**Chevrolet and GM FINANCIAL**                                 **DEFENDANTS**

**ORDER**

Rasulallah hasn't responded to Crain's motion to dismiss, *Doc. 5*, and his time to do so has passed.  If Rasulallah wants to be heard, he must respond by 2 March 2026 and give good reasons for his belated response.  Otherwise, the Court will rule on the current papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2026