## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HENRY RASULALLAH                                                    PLAINTIFF

v.                                  No. 3:25-cv-157-DPM

LARRY CRAIN, JR., Owner, Crain
Chevrolet and GM FINANCIAL                                        DEFENDANTS

### ORDER

Motion, *Doc. 10*, granted for good cause shown. Response due by 16 March 2026. It is Rasulallah's responsibility to update his address. *Doc. 1 at 7.* He has, however, acted in good faith. And Crain isn't unfairly prejudiced by Rasulallah's belated response. Fed. R. Civ. P. 6(b)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_2 March 2026_