**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HENRY RASULALLAH** **PLAINTIFF**

**v.** **No. 3:25-cv-157-DPM**

**CRAIN CHEVROLET; LARRY CRAIN, JR., Owner, Crain Chevrolet; and GM FINANCIAL** **DEFENDANTS**

**ORDER**

Rasulallah filed a pre-service amended complaint naming Larry Crain, GM Financial, and Crain Chevrolet. *Doc. 15*. The Court had reopened Rasulallah's time for service and directed him to make good service by 26 June 2026. *Doc. 14*. Summons wasn't re-issued, and the docket is silent about service. Rasulallah must file proof of service, or give good reasons for his failure to do so by 2 October 2026. Otherwise, the Court will dismiss his amended complaint without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 September 2026